# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00318-CR
_____

**STEVEN JOHN LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 09-06132**

## MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Steven John Lee pleaded guilty to robbery. The trial court found the evidence sufficient to find Lee guilty, but deferred further proceedings, placed Lee on community supervision for seven years, assessed a fine of $750, and ordered Lee to pay $4789 in restitution. The State subsequently filed a motion to revoke Lee's unadjudicated community supervision. Lee pleaded "true" to two violations of the conditions of his community supervision. After conducting an evidentiary hearing, the trial court found that Lee had violated

1

four conditions of his community supervision, found Lee guilty of robbery, assessed punishment at five years of confinement, and ordered Lee to pay restitution.

Lee's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California,* 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 17, 2017, we granted an extension of time for Lee to file a *pro se* brief. We received no response from Lee.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

—————————————————————
STEVE McKEITHEN
Chief Justice

Submitted on February 20, 2018
Opinion Delivered March 21, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Lee may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2